IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00099-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN CONLEY,

    Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **May 1, 2006** and responses to these motions shall be filed by **May 10, 2006**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, June 9, 2006 at 8:30 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a four-day jury trial is set for **June 19, 2006 at 1:30 p.m.**

    DATED: April 14, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____

                                                    Phillip S. Figa
                                                    United States District Judge